608

400 A.2d 631

Commonwealth v. Preston, Appellant.

Submitted March 13, 1978. Thompson J. McCullough, Assistant Public Defender, for appellant; Daniel Kehm, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 631

Commonwealth v. Sapanero, Appellant.

Submitted April 10, 1978. William M. Panella, Assistant Public Defender, for appellant; no appearance entered nor brief filed for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.